**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00425-CV

**JACK ZIMMERMAN, JR., Appellant**

**V.**

**MARY ZIMMERMAN, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-22794**

## ORDER

Before the Court is the request of court reporter Tanner Joy Feast for an extension of time

to prepare the reporter's record. The Court has dismissed the appeal for want of jurisdiction.

Accordingly, we **DENY** the motion as moot.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE